UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ALEJANDRO VALLESILLO,                           :
                                                :
                              *Plaintiff*,      :
                                                :       1:23-cv-03841 (ALC)
           -against-                            :
                                                :       **ORDER**
PREMIUMCAPTITALFUND.COM, AND P.O. "JOHN":
DOE,                                            :
                                                :
                              *Defendants*.     :
                                                :
                                                :
------------------------------------------------------------- :
                                                :
                                                x

**ANDREW L. CARTER, JR., District Judge:**

On July 26, 2023, Defendant Premiumcaptitalfund.com filed a stipulation of voluntary

dismissal. However, the document was deficient and Defendant was directed to refile the

dismissal. If the parties still wish to voluntarily dismiss this action, they are directed to refile.

**SO ORDERED.**

**Dated:       October 19, 2023**
**             New York, New York**        _____
                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**