UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO VALLESILLO,<br><br>                              Plaintiff,<br>v.<br><br>PREMIUMCAPITALFUND.COM,<br><br>                              Defendant. | No. 1:23-cv-03841-LAK-KHP<br><br>**STIPULATION OF DISMISSAL** |

WHEREAS, on January 4, 2023 Plaintiff Alejandro Vallesillo filed an action in the United States District Court for the District of Nebraska styled *Vallesillo v. PremiumCapitalFund.com, et al.,* No. 8:23-cv-00006;

WHEREAS, on May 5, 2023 the case was transferred to the Southern District of New York with the caption *Vallesillo v. Premiumcapitalfund.com*, No. 23-cv-03841;

WHEREAS, the parties have now resolved the case;

IT IS NOW STIPULATED among the parties that plaintiff Alejandro Vallesillo hereby **dismisses the case with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii).

| Law Office of Adam R. Gonnelli, LLC | Javitch Law Office |
|---|---|
| By: *[signature]*<br>Adam Gonnelli<br>707 Alexander Rd., Bldg 2.<br>Princeton, NJ 07701<br>Tel: 917-541-7110<br>adam@arglawoffice.com<br><br>Attorney for Defendant | By: *[signature]*<br>Mark L. Javitch*<br>3 East 3rd Ave. Ste 200<br>San Mateo, California 94401<br>Tel: (650) 781-8000<br>Fax: (650) 648-8000<br>mark@javitchlawoffice.com<br>Attorney for Plaintiff<br>*Pending Pro Hac Vice Application If Necessary |